UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>        Plaintiff,<br><br>   v.<br><br>W. WESTON, et al.,<br><br>        Defendants. | Case No. 23-cv-05083-RFL<br><br>**ORDER OF TRANSFER** |

      Anthony Turner sues the City of Vallejo Police Department, as well as eleven officers of that Department, for an alleged false arrest and use of force that occurred within the City of Vallejo. *See* Dkt. No. 19 at 5-7; *see also* Dkt. No. 17 at 3 (Mr. Turner "filed this action because" of this alleged use of force.). In addition to damages, Mr. Turner seeks injunctive relief. *See* Dkt. No. 19 at 10 (he "seeks to prevent violence and harassment and ongoing further injury"); *see also* Dkt. No. 17 (motion for injunctive relief). Although Mr. Turner's amended complaint names the "County of San Francisco" and a Contra Costa County judge as defendants, he does not identify any injury to him caused by either, and it appears unlikely that he has standing to assert claims against any of those defendants based on the allegations of the First Amended Complaint. Dkt. No. 19 at 1, 3, 6.

      The City of Vallejo is located within Solano County, which lies within the Eastern District of California. 28 U.S.C. § 84(b). Because the only defendants accused of harming Mr. Turner reside in that District, and it is where the events and omissions complained of occurred, the Eastern District is a more convenient forum for this lawsuit. 28 U.S.C. § 1391(b). In addition, the United States District Court for the Eastern District of California is more likely to have personal

jurisdiction over those defendants as to whom Mr. Turner might have standing and against whom Mr. Turner seeks an injunction.  *See Zepeda v. U.S. I.N.S.*, 753 F.2d 719, 727 (9th Cir. 1983) ("A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim . . . .").

In the interest of justice and pursuant to 28 U.S.C. § 1404(a), this lawsuit is TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk of the Court is directed to transfer the case forthwith, and to close the file for this lawsuit in this District.

**IT IS SO ORDERED.**

Dated: January 17, 2024

RITA F. LIN
United States District Judge

2