UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>        Plaintiff,<br><br>    v.<br><br>W. WESTON, et al.,<br><br>        Defendants. | Case No.  2:24-cv-00239-TLN-JDP<br><br>**ORDER** |

Plaintiff, a civil detainee proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 17, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 40.)  The time to file objections has passed, and Plaintiff has not filed any objections.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on July 17, 2024 (ECF No. 40), are ADOPTED IN FULL;
2. The Court DENIES Plaintiff's Motion for Sanctions and Default Judgement (ECF No. 9);
3. The Court DENIES Plaintiff's Motion for Temporary Restraining Order and/or Permanent Injunction (ECF No. 17);
4. The Court DENIES Plaintiff's Motion for Temporary Restraining Order and/or Summary Judgement (ECF No. 33);
5. The Court DENIES Plaintiff's Motion for Preliminary Injunction (ECF No. 37); and
6. This matter is referred back to the assigned magistrate for all further pretrial matters.

Date: August 23, 2024

_____
Troy L. Nunley
United States District Judge