UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | Case No. 2:24-cv-0239-TLN-JDP (P) |
| Plaintiff, | |
| v. | **ORDER** |
| W. WESTON, et al., | |
| Defendants. | |

Plaintiff Anthony R. Turner ("Plaintiff"), a civil detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 21, 2024, the magistrate judge filed findings and recommendations which were served on plaintiff, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. This deadline has passed and Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, the court finds the findings and recommendations to be supported by

1

the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on November 21, 2024, (ECF No. 49), are ADOPTED in full;
2. The second amended complaint, (ECF No. 42), is DISMISSED without leave to amend for failure to state a cognizable claim;
3. Plaintiff's motion for injunctive relief, (ECF No. 50), is DENIED as moot; and
4. The Clerk of Court is directed to CLOSE this action.

DATED: April 7, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE